(66 South. 380)

No. 20707.

STATE ex rel. LARUE v. LONG, Criminal Sheriff.

In re LARUE.

(Nov. 4, 1914.)

Habeas corpus by the State, on the relation of Roger Larue, against M. J. Long, Criminal Sheriff. Judgment for defendant, and relator applies for writs of certiorari and prohibition. Judgment of district court set aside, writ of habeas corpus sustained, and relator discharged.

A. Miles Coe and H. M. Wilkinson, both of New Orleans, for applicant. R. G. Pleasant, Atty. Gen., and Jos. E. Generelly, of New Orleans, for respondent. Frank D. Chretien, of New Orleans, in pro. per.

MONROE, C. J. The material facts in this case being similar to those disclosed in the case of State ex rel. Francis O. Lanng v. M. J. Long, Criminal Sheriff, 66 South. 377,[1] this day decided, and the law applicable thereto being the same:

For the reasons assigned in the case thus mentioned, it is ordered that the judgment of the district court, here made the subject of review, be set aside, and that the writ of habeas corpus, issued at the instance of the relator herein, be sustained and that relator be discharged.

---

(66 South. 381.)

No. 20708.

STATE ex rel. DE RUSSY v. LONG, Criminal Sheriff.

In re DE RUSSY.

(Nov. 4, 1914.)

Habeas corpus by the State, on the relation of Edward De Russy, against M. J. Long, Criminal Sheriff. Judgment for defendant, and plaintiff applies for certiorari or writ of prohibition. Judgment of district court set aside, writ of habeas corpus sustained, and relator discharged.

A. Miles Coe and H. M. Wilkinson, both of New Orleans, for applicant. R. G. Pleasant, Atty. Gen., and Jos. E. Generelly, of New Orleans, for respondent. Frank D. Chretien, of New Orleans, in pro. per.

MONROE, C. J. The material facts in this case being similar to those disclosed in the case of State ex rel. Francis O. Lanng v. M. J. Long, Criminal Sheriff, 66 South. 377,[1] this day

---

[1]Ante, p. 1.

---

decided, and the law applicable thereto being the same:

For the reasons assigned in the case thus mentioned, it is ordered that the judgment of the district court, here made the subject of review, be set aside, that the writ of habeas corpus, issued at the instance of the relator herein, be sustained, and that relator be discharged.